[Nos. 11422-4-II; 11429-1-II.   Division Two.   October 26, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUISE FAITH WILLIAMS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT RAYMOND RUIZ, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, No. 87-1-00709-1, Bruce Cohoe, J., entered October 5 and 14, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 11520-4-II.   Division Two.   October 26, 1988.]

*In the Matter of the Marriage of* JEANNE M. HALL, *Appellant, and* JOE LEE HALL, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 84-3-00459-3, Paula Casey, J., entered November 9, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 10535-7-II.   Division Two.   October 26, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE HAMP ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 86-1-00488-2, Robert L. Harris, J., entered November 14, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.